**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 885 MAL 2016

               Respondent     :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

             v.               :

TRACEY WHITAKER,          :

               Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.